IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 DEC 16  PM 1:26

DEPUTY CLERK_____

UNITED STATES OF AMERICA

v.

VIOLETTA RADU          (1)
DANIEL CIUCIU          (2)

No. **1-15CR-089-P**

## INDICTMENT

The Grand Jury charges:

### Count One
### Conspiracy to Commit Fraud in Connection with Access Devices
### (Violation of 18 U.S.C. § 1029(b)(2))

In or around October 2015, in the Abilene and Fort Worth Divisions of the

Northern District of Texas, and elsewhere, defendants **Violetta Radu** and **Daniel Ciuciu**,

together and with other persons known and unknown to the grand jury, intentionally and

knowingly combined, conspired, confederated and agreed to commit offenses against the

United States: to knowingly and with intent to defraud possess at least fifteen devices

which were counterfeit and unauthorized access devices in violation of 18 U.S.C. §

1029(a)(3).

### Manner and Means of the Conspiracy

Among the manner and means used by the conspirators to promote, facilitate, and

carry on the conspiracy were the following:

Violetta Radu and Daniel Ciuciu
Indictment –Page 1

1. It was a part of the conspiracy that **Radu**, **Ciuciu**, and others known and unknown to the grand jury would travel across the United States, and specifically the Northern District of Texas, installing and removing skimming devices from Automatic Teller Machines (ATMs). It was part of the conspiracy that **Radu, Ciuciu,** and others would target NCR Brand ATMS.

2. It was part of the conspiracy that **Radu, Ciuciu,** and others would retrieve credit card numbers, debit card numbers, and bank account and routing numbers of those people who used the ATMs while the skimmers were installed, and thereafter use that information to obtain items of value or cash without authorization.

3. It was part of the conspiracy that the males in the group would install the skimming devices onto ATMs, and the females, like **Radu**, would remove the devices days later.

### Overt Acts of the Conspiracy

In furtherance of the conspiracy and to achieve the objects thereof, the following overt acts, among others, were committed in the Northern District of Texas and elsewhere:

1. On or about October 8, 2015, **Daniel Ciuciu** used his Romanian proof of identification to rent two roms at the Motel 6 at 4951 West Stamford, Abilene, Texas, between October 8, 2015, and October 10, 2015. Approximately nine men, women, and children stayed in the two rooms during that time, including **Violetta Radu.**

2.  In or about October 2015, it was discovered that several First Financial Bank ATMs in Abilene, Texas, had been compromised by the use of a skimming device. The ATMs compromised in Abilene, Texas, had glue residue left on the machines, and were located at 4400 Buffalo Gap Road, 4699 South 14th Street, 3300 South 14th Street, 1300 South Willis Street, and 4350 Southwest Drive. Video surveillance from the ATMs located at 1300 South Willis Street and 4400 Buffalo Gap Road were reviewed and showed the following: on or about October 10, 2015, and October 17, 2015, a thin white male was seen installing the skimming device on the ATMs, and two white females were seen removing the skimming devices. Detectives from the Abilene (Texas) Police Department were able to identify the male installing the skimming device as a juvenile male known to be staying in Abilene with **Radu** and **Ciuciu** during the time the skimming devices were installed. One of the females removing the skimming device was identified as **Violetta Radu**.

3.  It was part of the conspiracy that unauthorized debit transactions using the credit card numbers, debit card numbers, and bank account and routing numbers of those people who used the ATMs while the skimmers were installed in Abilene were made in the Houston and Katy, Texas, area after October 17, 2015. Based on the investigation, it is believed that **Ciuciu** lives in or around the Houston, Texas, area, beginning on or about November 4, 2015.

4.  It was part of the conspiracy that the skimming devices were installed at various

locations in the Northern District of Texas.  **Radu** has been tied to an ATM skimming device installed at Frost Bank in Coppell, Texas, which is in the Northern District of Texas.  She was seen on the ATM camera at this location in possession of skimming devices.

Count Two
Illegal Possession, Production, or Trafficking in Device-Making Equipment
and Aiding and Abetting
(Violation of 18 U.S.C. §§ 1029(a)(4) and 2)

Between on or about October 8, 2015, and on or about October 17, 2015, in the

Abilene Division of the Northern District of Texas, and elsewhere, **Violetta Radu,**

defendant, knowingly and with intent to defraud, possessed and had control and custody

over device-making equipment, to wit: an electronic ATM "skimming" device, said

possession, control and custody affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(4) and 2, the penalty

for which is found in Title 18, United States Code, Section 1029(c)(1)(A)(ii).

<u>Forfeiture Notice</u>
(18 U.S.C. §§ 982(a)(2)(B), 1029(c)(1)(C) and 28 U.S.C. § 2461(c))

1.      Upon conviction of the offenses in violation of Title 18, United States Code, Section 1029 set forth in Counts One and Two of this Indictment, the defendants, **Violetta Radu** and **Daniel Ciuciu**, shall forfeit to the United States of America:

(A) pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations;

(B) pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.

2.      If any of the property described above, as a result of any act or omission of the defendant[s]:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States

Violetta Radu and Daniel Ciuciu
Indictment –Page 6

Code, Sections 982(b)(1) and 1029(c)(2) and Title 28, United States Code, Section

2461(c).

All pursuant to 18 U.S.C. §§ 982(a)(2)(B), 1029(c)(1)(C), and 28 U.S.C. §

2461(c).

A TRUE BILL:

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

MYRIA BOEHM
Assistant United States Attorney
Texas State Bar No. 24069949
1205 Texas Avenue, Suite 700
Lubbock, TX  79401
Telephone:   806-472-7351
Facsimile:    806-472-7394
E-Mail:        Myria.Boehm@usdoj.gov

Violetta Radu and Daniel Ciuciu
Indictment –Page 7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

VIOLETTA RADU (1)
DANIEL CIUCIU (2)

INDICTMENT

COUNT 1:   18 U.S.C. § 1029(b)(2)
           Conspiracy to Commit Fraud in Connection with Access Devices

COUNT 2:   18 U.S.C. §§ 1029(a)(4) and 2
           Illegal Possession, Production, or Trafficking in Device-Making
           Equipment and Aiding and Abetting

(2 COUNTS + Forfeiture Notice)

A true bill rendered:

Lubbock                                          _Robert J. Gilbert_ Foreperson

Filed in open court this 16th day of December, A.D. 2015.

                                                                    Clerk

**ARREST WARRANTS TO ISSUE**

UNITED STATES MAGISTRATE JUDGE